# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

137749 (88)

RICHARD R. ROBERTS and STACEY D. ROBERTS,
      Plaintiffs-Appellants,

v

ROBERT L. SAFFELL and JOANNE O. SAFFELL,
      Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137749
COA: 275458
Leelanau CC: 05-007063-CK

      On order of the Court, the motion for reconsideration of this Court's June 17, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

0901